UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHU DING,<br><br>                            Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                          Defendants. | Case No.: 25-cv-01683-AJB-JLB<br><br>**ORDER DIRECTING DEFENDANTS TO FILE COPIES OF CITED AUTHORITIES ALONG WITH A DECLARATION ATTESTING TO THEIR SOURCE** |

On September 3, 2025, Defendants City of San Diego, Jonathan Ferraro, Patrick Richards, Emilee Emamjomeh, James Ealson, Scott Wahl, and Does 1–25 filed motions to dismiss. (Doc. Nos. 14-1; 15-1.) Defendants included substantively identical "Request[s] for Judicial Notice/Incorporation by Reference in Support of their Motions to Dismiss" with their Motions. (Doc. Nos. 14-2; 15-2.) In support of their Requests, Defendants rely in part on two cases. Defendants state:

> In the specific context of body-worn camera footage, the Ninth Circuit has permitted reliance on video where the complaint itself references the footage and authenticity is undisputed. *J.K.J. v. City of San Diego*, 93 F.4th 1061, 1071–72 (9th Cir. 2024).

(Doc. Nos. 14-2 at 5; 15-2 at 5.) Defendants also say:

>Other circuits have adopted a more pragmatic approach, recognizing that district courts may consider video evidence at dismissal where it clearly contradicts the pleadings. See, e.g., *Davis v. City of Apopka*, 78 F.4th 1322, 1328–29 (11th Cir. 2023) (relying on body-camera video at 12(b)(6) to reject allegations contradicted by footage).

(Doc. Nos. 14-2 at 6; 15-2 at 6).

Using Westlaw and Lexis, the Court has attempted to locate the cited authorities and any passages contained therein that support Defendants' propositions. The Court has not been able to do so. The Court therefore directs Defendants to provide copies of the cited authorities with the relevant passages highlighted.

Accordingly, the Court **ORDERS** Defendants to file copies of the cited authorities "*J.K.J. v. City of San Diego*, 93 F.4th 1061 (9th Cir. 2024)," and "*Davis v. City of Apopka*, 78 F.4th 1322 (11th Cir. 2023)," along with a declaration attesting to their source (*e.g.*, website, reporter, court docket) no later than October 9, 2025. Finally, counsel's declaration must state whether generative AI was used in writing the Motions and Requests.

**IT IS SO ORDERED.**

Dated:  October 2, 2025

Hon. Anthony J. Battaglia
United States District Judge